1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUPINDER VIRK AND KARNAIL VIRK, as trustees of the PANI REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESITE INSURANCE COMPANY, INC., a Foreign Insurance Company; AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Insurance Company; MIDVALE INSURANCE COMPANY, Foreign Insurance Company, <br><br> Defendants. | NO. <br><br> **NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS** <br><br> **King County Superior Court Cause No. 23-2-05665-5 SEA** <br><br> **(Clerk's Action Required)** |

Pursuant to 28 U.S.C. § 1441, Defendants Homesite Insurance Company, Inc. ("Homesite"), American Family Connect Property and Casualty Insurance Company ("AmFam"), and Midvale Insurance Company ("Midvale") (collectively, "Defendants"), hereby remove the above-captioned lawsuit from the Superior Court of King County, Washington, where it is currently pending, to the United States District Court for the Western District of Washington at Seattle. In support of this Notice of Removal, Defendants state as follows:

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

**I.     PROCEDURAL BACKGROUND**

1. Plaintiffs Rupinder Virk and Karnail Virk, as trustees of the Pani Revocable Trust (collectively "Plaintiffs") filed their Complaint in the Superior Court for the State of Washington, King County, on March 29, 2023, and filed their First Amended Complaint on April 20, 2023.

2. Homesite was served on May 8, 2023.

3. AmFam was served on May 15, 2023.

4. Midvale was served on May 15, 2023.

5. The Defendants appeared in the King County Superior Court matter on May 22, 2023.

6. Upon information and belief, Plaintiffs reside in King County, Washington.

7. Homesite is a Wisconsin stock insurance corporation with its principal place of business in Boston, Massachusetts.

8. AmFam is a Wisconsin corporation with its principal place of business in Madison, Wisconsin.

9. Midvale is a Wisconsin corporation with its principal place of business in Madison, Wisconsin.

10. Upon information and belief, the amount sought by Plaintiffs in this lawsuit is believed to be in excess of $75,000.  This lawsuit involves property damage relating to a water leak through the roof and/or other water damage that occurred on or about April 1, 2020. Plaintiffs seek payment for a property damage claim under an insurance policy allegedly issued by Homesite to Plaintiff Rupinder Virk ("Policy") with coverage limits of $967,000 for Coverage A - Dwelling, and $483,500 for Coverage C – Personal Property.  Plaintiffs also seek treble damages and statutory attorney fees and costs under Washington's Insurance Fair Conduct Act, under RCW 48.30.010 *et seq.* ("IFCA"), and treble damages and statutory attorney fees and costs under Washington's Consumer Protection Act under RCW 19.86 et seq. ("CPA").

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

11. Therefore, this Court has jurisdiction over this action under 28 U.S.C. § 1332, and removal is proper, because there is complete diversity of citizenship between Plaintiffs and the Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. The Defendants are filing this Notice of Removal prior to 1 year after commencement of this action. *See* ¶ 1; *see also* 28 U.S.C. § 1446(c). The Defendants are filing this Notice of Removal less than 30 days from the first date of service of the First Amended Complaint, which was on May 8, 2023. On that date, the Office of Insurance Commissioner accepted service of the First Amended Complaint upon Homesite.

13. Pursuant to 28 U.S.C. § 1446(d), the Defendants are serving a copy of this Notice of Removal on all attorneys of record. Notice of Filing of this Notice of Removal will be filed with the Clerk of the King County Superior Court pursuant to 28 U.S.C. § 1446(d).

## II.     PAPERS FROM REMOVED ACTION

14. Pursuant to 28 U.S.C. § 1446(a) and United States District Court Western District LCR 101(b), attached hereto are true and correct copies of the following documents, which are on file in state court in this action:

**EXHIBIT A:** Plaintiff's Complaint;

**EXHIBIT B:** Summons;

**EXHIBIT C:** Notice of Appearance of the Homesite Defendants;

**EXHIBIT D**: Order Setting Civil Case Schedule;

**EXHIBIT E:** Case Information Cover Sheet;

**EXHIBIT F:** First Amended Complaint;

**EXHIBIT G:** Office of Insurance Commissioner's Acceptance of Service of the First Amended Complaint upon Homesite Insurance Company on May 8, 2023;

**EXHIBIT H:** CSC's Notice of Service of Process of the First Amended Complaint upon American Family Connect Property and Casualty Insurance Company on May 15, 2023, and the

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

1 Office of Insurance Commissioner's Acceptance of Service of the First Amended Complaint

2 upon American Family Connect Property and Casualty Insurance Company on May 8, 2023; and

3       **EXHIBIT I:** CSC's Notice of Service of Process of the First Amended Complaint upon

4 Midvale Indemnity Company on May 15, 2023, and the Office of Insurance Commissioner's

5 Acceptance of Service of the First Amended Complaint upon Midvale Indemnity Company on

6 May 8, 2023.

7       15.    Pursuant to LCR 101(b), the Defendants will file with the clerk of the court all

8 additional records and proceedings in the state court, together with the Defendants' counsel's

9 verification that they are true and complete copies of all the records and proceedings in the state

10 court proceedings, within fourteen (14) days of filing this Notice of Removal.

11       **III.    NOTICE OF REMOVAL IS TIMELY**

12       16.    Plaintiffs filed their initial Complaint on March 29, 2023.  Plaintiffs subsequently

13 filed their First Amended Complaint on April 20, 2023.  Therefore, the Defendants timely file

14 this Notice of Removal within 1 year after commencement of this action pursuant to 28 U.S.C.

15 § 1446(c) ("[a] case may not be removed under subsection (b)(3) on the basis of jurisdiction

16 conferred by section 1332 more than 1 year after commencement of the action, unless the district

17 court finds that the plaintiff has acted in bad faith in order to prevent a defendant from removing

18 the action.").

19       17.    Further, removal is timely under 28 U.S.C. § 1446(b)(1) because it is filed within

20 30 days after Plaintiffs served their First Amended Complaint on Homesite.

21       **IV.    BASIS FOR REMOVAL**

22 **A.    There is Complete Diversity of Citizenship**

23       18.    This suit is an action over which this Court would have original jurisdiction under

24 the provisions of 28 U.S.C. § 1332, and therefore, one that may be removed to this Court under

25 the provisions of 28 U.S.C. § 1441 and § 1446.

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

19. This case is removable under 28 U.S.C. § 1441(a), which states:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

20. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a)(1), which provides: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States…" [emphasis added].

21. Upon information and belief, Plaintiffs reside in King County, Washington. *See* **EXHIBIT A**, Complaint at ¶ 7.

22. Homesite is a Wisconsin stock insurance corporation with its principal place of business in Boston, Massachusetts.

23. AmFam is a Wisconsin corporation with its principal place of business in Madison, Wisconsin.

24. Midvale is a Wisconsin corporation with its principal place of business in Madison, Wisconsin.

25. Thus, there exists complete diversity of citizenship among the Parties to this action.

**B.    The Amount in Controversy Exceeds $75,000**

26. In evaluating whether or not a party moving for removal has established that the amount in controversy more likely than not exceeds the jurisdictional requirement, courts can consider the facts stated in the removal petition. *See Valdez v. Allstate Ins. Co*., 372 F.3d 1115, 1117 (9th Cir. 2004).

27. In calculating the amount in controversy, the court "looks not only to the amount of damages in dispute, but also to attorney's fees, costs, and statutory treble damages." *J Bells*

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

*LLC v. Sentinel Ins. Co. Ltd.*, No. C20-5820BJR, 2020 WL 5905199, at *2 (W.D. Wash. Oct. 6, 2020) (citing *Chavez*, 888 F.3d at 414-15). Further, numerous courts in this district have included punitive damages when calculating the amount in controversy. See *Wilson v. Geico Indem. Co.*, No. C18-226 RAJ, 2018 WL 3594474, at *2 (W.D. Wash. July 26, 2018) (collecting IFCA cases where the court considered treble damages under IFCA to determine the total amount in controversy); *see also Gibson v. Chrysler Corp.*, 261 F.3d 927, 945 (9th Cir. 2001) ("It is well established that punitive damages are part of the amount in controversy in a civil action."). *Gierke v. Allstate Prop. & Cas. Ins. Co.*, No. C19-0071JLR, 2019 WL 1434883, at *3 (W.D. Wash. Apr. 1, 2019). *See also, Call v. Volkswagen Grp. of Am., Inc.*, No. C16-0158-JCC, 2016 WL 9224045, at *3 (2016) (finding the amount in controversy had been met when including treble damages under the CPA).

28.     Plaintiffs' Complaint alleges breach of contract, claiming damages that include bodily injury and property damages. *See* **EXHIBIT F**, First Amended Complaint at ¶ 20. This lawsuit involves payment for a claim for property damage under the Policy that provides limits of $967,000 for dwelling coverage. Plaintiffs also assert claims under IFCA, which allows for treble damages and an award of attorney fees. *Id.* at ¶ 28. Plaintiffs also assert claims under the CPA, the total amount in controversy includes treble damages and attorneys' fees. *Id.* at ¶ 22. As such, this action may be removed to this Court pursuant 28 U.S.C. § 1441 because the amount in controversy exceeds $75,000, exclusive of interest and costs.

**C.     Statutory Requirements of Removal are Fulfilled**

29.     WHEREFORE, removal under § 1441 is appropriate when complete diversity of citizenship exists between Plaintiffs and the Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs. Because there is complete diversity of citizenship between the Parties and because the amount in controversy exceeds $75,000, this Court has original jurisdiction based on diversity and removal is proper.

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

## V. INTRADISTRICT ASSIGNMENT

30. Pursuant to LCR 101(e) and LCR 3(d), the Seattle Division of the United States District Court for the Western District of Washington is the appropriate intradistrict assignment. The Seattle Division is appropriate because Plaintiffs filed this matter in King County, Washington.

## VI. CONCLUSION

31. As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because the amount in controversy, exclusive of interest and costs, exceeds $75,000, and the action is between citizens of different states.

32. A copy of this Notice of Removal is being served on all attorneys of record and filed with the Superior Court of King County, Washington.

33. WHEREFORE, having fulfilled the statutory requirements of removal, the Defendants respectfully remove this action from Superior Court of King County, Washington to this Court. By seeking removal, the Defendants do not waive any defenses, including but not limited to lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process.

DATED this 23nd day of May, 2023.

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: eharris@williamskastner.com

*Attorneys for Defendants Homesite Insurance Company, American Family Connect Property and Casualty Insurance Company and Midvale Insurance Company*

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 7

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon counsel of record at the address and in the manner described below a copy of the document to which this certificate is attached for delivery to the following:

| | |
|---|---|
| Seth E. Chastain, WSBA # 43066<br>Kayleigh Mattoon, WSBA # 56713<br>**LEVY \| VON BECK \| COMSTOCK \| P.S.**<br>1200 Fifth Avenue, Suite 1850<br>Seattle, WA 98101<br>Ph: 206.626.5444<br>Email: sechastain@levy-law.com<br>            kayleigh@levy-law.com<br><br>*Attorneys for Plaintiffs Rupinder Virk and Karnail Virk as trustees of the Pani Revocable Trust* | ☑ Via E-Service<br>☐ Via Hand Delivery/Legal Messenger<br>☐ Via Facsimile<br>☑ Via Electronic Mail<br>☑ Via U.S. Mail<br>☐ Via Overnight Courier |

DATED this 23nd day of May, 2023.

*s/ Kristen L. Mosebar*
Kristen L. Mosebar, Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS - 8

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7742489.1