HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUPINDER VIRK AND KARNAIL VIRK, as trustees of the PANI REVOCABLE TRUST,<br><br>             Plaintiffs,<br>     v.<br><br>HOMESITE INSURANCE COMPANY, INC., a Foreign Insurance Company; AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Insurance Company; MIDVALE INSURANCE COMPANY, Foreign Insurance Company,<br><br>             Defendants. | NO.  2:23-cv-00759-RAJ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court having reviewed the stipulation of the parties, hereby DISMISSES this lawsuit in its entirety with prejudice and without costs to any party pursuant to CR 41(a)(1)(A).

DATED this 30th day of September, 2025.

*(signed)* Richard A. Jones
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
(USDC CASE #2:23-cv-00759-RAJ) - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4905-6149-8726.1